THE LAW OFFICES OF JEFFREY N. GOLANT, P.A.
1000 W. McNAB RD. STE. 150
POMPANO BEACH, FLORIDA 33069
(954) 942-5270
Fax: (954) 942-5272
Sender's email: jgolant@jeffreygolantlaw.com

September 4th, 2014

Ocwen Loan Servicing LLC.
P.O Box 24736
West Palm Beach, FL. 33416-4376
Via Certified Mail Return Receipt No.: 7012 3460 0001 0348 1617

and

Ocwen Loan Servicing LLC
Attn: Customer Care
P.O. Box 1330
Waterloo, IA 50704-1330

  Re: Borrower:   Maria Mantilla and John Lage
     Loan Number :  307710668
     Property Address: 11110 Stonewood Forrest Trl.
             Boynton Beach, FL. 33437

**QUALIFIED WRITTEN REQUEST/NOTICE OF ERROR**

To Whom It May Concern,

I represent borrowers Maria Mantilla and John Lage in connection with an apparent violation of the Real Estate Settlement Procedures Act and the related loss mitigation provisions of Regulation X, (12 C.F.R §. 1024.41). The purpose of this letter is to alert you to this violation, and provide you an opportunity to correct it and thereby mitigate the harm that it threatens to cause my clients. This letter shall serve as a "Notice of Error" as that term is defined by 12 C.F.R. §. 1024.35(a).

Ms. Mantilla and Mr. Lage submitted a complete loan modification in January of 2014. Shortly after their application was received, the current version of Regulation X became effective. At that time, there was a foreclosure sale scheduled on January 28th, 2014, but that sale was rescheduled for March 14th, 2014, which was more than 37 days after the loss mitigation application became complete. Accordingly, this application was covered by 12 C.F.R §. 1024.41, and Ocwen was required to evaluate it within 30 days.

However, on March 9th, 2014, Ocwen sent my clients the attached letter advising that their loan modification application was denied, simply because the scheduled sale was then less than 7 days away.  Essentially, Ocwen cited its own failure to comply with the time limits in 12 C.F.R §. 1024.41 as the basis for its denial of this loan modification application.

Furthermore, 12 C.F.R §. 1024.41(c)(i) requires the servicer to evaluate the borrower for all loss mitigation options available.  However, the attached denial letter only refers to Ocwen's "proprietary modification", and makes no reference to other loss mitigation alternatives, including but not limited the Home Affordable Modification Program (HAMP).  Thus, it appears that Ms. Mantilla and Mr. Lage were not evaluated for anything other than Ocwen's proprietary modification, and therefore Ocwen failed to evaluate them for all available loss mitigation alternatives.

In summary, Ocwen failed to comply with its obligations under Regulation X to complete its review of Ms. Mantilla and Mr. Lage's loss mitigation application within the express time period, and then relied on its own failure as the sole basis to deny that application. Ocwen also does not appear to have complied with its obligation to evaluate these borrowers for all available loss mitigation alternatives.

Since the denial described above, the foreclosure sale has proceeded, but Ocwen purchased the property.  The eviction process has not yet moved forward.  We ask that Ocwen investigate the error described above within the applicable Regulation X deadline.  Since we expect Ocwen's investigation will show that it did not properly process Ms. Mantilla and Mr. Lange's loss mitigation application, we further request that Ocwen instruct foreclosure counsel to maintain the status quo by not moving forward with the eviction process while that investigation proceeds. Lastly, we ask that in order to correct this error, Ocwen immediately fully evaluate Ms. Mantilla and Mr. Lange's loss mitigation application and cooperate in the rescission of the sale if it determines that they were in fact qualified for a loss mitigation option.

Sincerely,

Jeffrey Golant Esq.

sb/JNG
enclosure



Ocwen Loan Servicing®
www.ocwen.com

1661 Worthington Road, Ste. 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

3/9/2014

*# Clients got this letter on 3/18/14*

Loan Number: 307710668

Maria A Mantilla
John Lage
11110 Stonewood Forest Trl
Boynton Beach, FL 33437

## Loan Modification Application Review

Dear Customer(s),

We carefully reviewed your request, and assessed your eligibility for modification. However, the results prevent us from being able to offer a loan modification.
Results of our analysis:

**We are unable to offer you a proprietary modification because: As of the date of this letter your loan has a confirmed sale date within 7 Business days.**

**If I'm not eligible for a Modification, then what do I do?**
We know that unanticipated changes in your financial situation can impact every area of your life, including your ability to pay your mortgage. Our staff is available to discuss your situation and review options with you. Please call us toll-free at I **(800) 746-2936.** We are available Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

**What you should do if you disagree with the reason(s) for non-approval and want to appeal?**

If you disagree with the reason(s) for non-approval, you have the right to appeal. To appeal, you have 30 days from the date of this notice to send a written explanation and supporting documentation to substantiate your findings. Please email a copy of this letter along with any supporting documents to escalatedcases@ocwen.com or mail to:

Ocwen Loan Servicing, LLC,
Escalations Department,
P.O. Box 785061,
Orlando, FL 32878-5061.

No foreclosure sale will be conducted and you will not lose your home during this 30-day period. However, please note the foreclosure sale may not be suspended for this 30-day period if, despite our reasonable attempts to delay the sale, the court with jurisdiction over the foreclosure proceedings, or the bankruptcy court in a bankruptcy case, or the public official charged with carrying out the sale fails or refuses to halt the sale.

307710668

FPN Rev.3.28.2012

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

NMLS #: 1852



Ocwen Loan Servicing®
www.ocwen.com

1661 Worthington Road, Ste. 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

**New York Residents:** If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-877-BANK-NYS (226-5679) or www.dfs.ny.gov.

**North Carolina Residents:** If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website, www.nccob.gov.

DAS SUBAL SWAPNA has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

Sincerely,

Ocwen Loan Servicing, LLC

307710668

FPN Rev.3.28.2012

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

NMLS #: 1852

Ocwen Loan Servicing®  
www.ocwen.com  

1661 Worthington Road, Ste. 100  
West Palm Beach, FL 33409  
Toll Free: (800) 746-2936  

OCWEN

## ALTERNATIVES TO FORECLOSURE

No matter what your situation, you may have options. We offer multiple solutions to help you through difficult times, including, but not limited to, the Home Affordable Foreclosure Alternative Program (HAFA). We also offer our own modification options and foreclosure alternatives. Contact us right away by calling us (toll-free) at (800) 746-2936.
The sooner you apply, the sooner we can help.

1. **DEED IN LIEU OF FORECLOSURE** – If you do not intend to keep the property, Ocwen may accept the deed to the property and extinguish the debt, even if the property is worth less than the loan balance. Title on the property must generally be clear of any other liens in order for this option to be available.
2. **SHORT SALE** – By listing your property, you may receive a sale offer acceptable to both you and Ocwen. The sale of your property could help you prevent a foreclosure sale of your home.

### FOR ADDITIONAL ASSISTANCE

When you are experiencing a financial hardship, counseling may be a way to help you manage your finances. We urge you to contact HUD-approved agencies to obtain assistance in keeping your home. This assistance is available at no charge. For specific guidance on this notice or information related to the Home Affordable Foreclosure Alternative Program, ask the counselor for MHA HELP.

| | | |
|---|---|---|
| HUD Approved Housing Counseling | 1-800-569-4287 | www.HUD.gov |
| HOPE Hotline Number | 1-888-995-4673 | www.hopenow.com |
| Making Home Affordable Program | | www.makinghomeaffordable.gov |
| Fannie Mae Assistance Program Number | | www.knowyouroptions.com |

### BEWARE OF FORECLOSURE RESCUE SCAMS. HELP IS FREE!

**There is never a fee to get assistance** or information about foreclosure alternatives from your lender, or from HUD-approved counselor. Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.

To discuss options, please call our Customer Care Center toll-free at 1-800-746-2936. You can get information about any of these Alternatives to Foreclosure, and set up time to meet with your Relationship Manager, DAS SUBAL SWAPNA. We are available Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

*For Borrowers in New York:*

The New York State Department of Financial Services website provides detailed information about programs and services that are available to provide you with assistance in avoiding foreclosure.   http://www.dfs.ny.gov/

*For Borrowers in North Carolina:*

The North Carolina Commissioner of Banks website provides resources related to avoiding foreclosure. To access these resources, click on the "Need Foreclosure Help?" link on the homepage.   http://www.nccob.gov/public/

307710668.  
FPN Rev.3.28.2012

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

NMLS #: 1852