IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:    9:14-cv-81522-BB

**JOHN LAGE, and**
**MARIA MANTILLA,**

    **Plaintiffs,**

vs.

**OCWEN LOAN SERVICING, LLC.,**
A Florida Limited Liability Company,

    **Defendant.**
_____/

### PLAINTIFF'S INITIAL RULE 26 DISCLOSURES

Plaintiffs John Lage and Maria Mantilla by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(a)(1)-(2)

### I. NAMES AND ADDRESSES OF POTENTIAL WITNESSES LIKELY TO HAVE DISCOVERABLE INFORMATION:

1. Plaintiffs John Lage and Maria Mantilla

c/o undersigned counsel

These witnesses have knowledge regarding the modification application submitted, the supporting documents, the submission of the Qualified Written Request/ Request for Information, the Servicer's acknowledgment of same and the Servicer's failure to provide a substantive response.

2. Customer Care Representative
Ocwen Loan Servicing LLC
Attn: Customer Care
3451 Hammond Avenue
P.O. Box 1330
Waterloo, IA 50704-1330

The witness provided by Ocwen from this department is expected to have knowledge concerning Ocwen's response to and handling of Plaintiffs' Qualified Written Request/Notice of Error.

3.  Kwesi Callender
Legal Assistant | Homeowner Assistance Division
The Law Office of Paul A. Krasker, P.A.
501 S. Flagler Dr. Suite 201
West Palm Beach, FL  33401

This witness is expected to have knowledge of the loss mitigation application process, timeline, responses and failure to cancel sale by Ocwen Loan Servicing, LLC.

4.  Corporate Representative of Ocwen Loan Servicing, LLC
1661 Worthington Road, Ste. 100
West Palm Beach, FL 33401
-or-
3451 Hammond Avenue
P.O. Box 1330
Waterloo, IA 50704-1330

This witness is expected to have knowledge concerning Ocwen's policies and procedures relating to complying with RESPA and Regulation X and the application of those policies and procedures to its handling of Plaintiffs Qualified Written Request/Notice of Error in this case.

**II.  COPIES OF, OR DESCRIPTIONS BY CATEGORY OF DOCUMENTS, DATA COMPILATIONS, AND OTHER TANGIBLE THINGS IN THE CUSTODY OR CONTROL OF A PARTY THAT ARE RELEVANT TO DISPUTED FACTS ALLEGED WITH PARTICULARITY IN THE PLEADINGS**

At this point, Plaintiffs do not know what facts alleged in the operative Complaint are disputed as no Defendant has served an Answer. All relevant documents that are uniquely in their custody or control of Plaintiffs are attached to and incorporated into the Complaint. There are also a considerable amount of documents concerning the various Defendants' relevant business practices that are in the public domain, including regulatory consent orders, judicial opinions, class action settlements, and the Defendants own internet sites.

**III. COMPUTATION OF ANY CATEGORY OF DAMAGES CLAIMED BY THE DISCLOSING PARTY**

Plaintiffs are currently unable to calculate the total amount of their actual damages, and those damages could be substantially mitigated, if Ocwen belatedly complies with its

obligations under RESPA.  Plaintiffs also seek sufficient punitive damages to deter repetition of the conduct that gives rise to this lawsuit.

Respectfully Submitted,

THE LAW OFFICES OF JEFFREY N. GOLANT, P.A.

1000 W. McNAB RD. STE. 150
POMPANO BEACH, FL 33069
Phone:  (954) 942-5270
Fax:     (954) 942-5272
Email:   jgolant@jeffreygolantlaw.com
By: **/S/ JEFFREY N. GOLANT ESQ.**
Fla. Bar. No. 0707732
Co-counsel for Plaintiffs Maria Mantilla and John Lage

Jessica L. Kerr, Esq.
Jessica L. Kerr, P.A. 401 E Las Olas Blvd Ste 130 Fort Lauderdale, FL 33301-2477
Fla Bar. No.  92810
Email: jessicakerresquire@gmail.com
Co-counsel for Plaintiffs Maria Mantilla and John Lage

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed using CM/ECF and served via Notice of Electronic Filing upon all counsel of record described below on February 2nd, 2015:

Eve Cann Esq.
ecann@bakerdonelson.com
Spencer D. Leach Esq.
sleach@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
100 S.E. Third Avenue, Suite 2626
Fort Lauderdale, Florida 33394
Telephone: (954) 768-1600
Telecopier: (954) 333-3930

Counsel for Defendant Ocwen Loan Servicing LLC.

**/S/  Jeffrey Golant**